# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE MEDICAL REVIEW
PANEL FOR THE CLAIM OF KELDA
PRICE

NO.  2025 CW 1031

**DECEMBER 30, 2025**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          736456.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT